**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGORY SCHNEIDER,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:18-0193** |
| | : | |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **ANDREW M. SAUL,** | : | |
| | : | |
| **Defendant** | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 13)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying his claims for DIB benefits and SSI, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**;

**(3)** the Commissioner's objections to the report, **(Doc. 14)**, are **OVERRULED**;

**(4)** this case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Arbuckle's report; and

**(5)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 18, 2020**

18-0193-01-ORDER.wpd